UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

UNITED STATES OF AMERICA,

vs. CASE NO. 8:91-CR-300-T-17

RALPH EDWIN BRAZEL, JR.
_____/

**ORDER**

This cause comes before the Court on the defendant's motion for modification of sentence, the requested modification was based on the retroactive application of revised cocaine base sentencing guidelines (Docket No. 845). The Court appointed counsel in this case and required responses from the United States Probation Office, the government, and the defendant through his appointed counsel. The Court has received and reviewed the responses (Docket Nos. 859 and 853 and Probation's Amended Retroactive Crack Cocaine Amendment Eligibility Assessment). The government and probation concur that the defendant is not eligible for a reduction in sentence based on the amended guidelines. The Court finds those responses persuasive. Accordingly, it is.

**ORDERED** that defendant's motion for modification of sentence, the requested modification was based on the retroactive application of revised cocaine base sentencing guidelines (Docket No. 845) be **denied**.

**DONE AND ORDERED** in Chambers in Tampa, Florida this 1st day of April, 2009.

ELIZABETH A. KOVACHEVICH
UNITED STATES DISTRICT JUDGE

Copies furnished to: All Counsel of Record